THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD A. CASTRO, JR.,

　　　　　　Plaintiff,

v.

TALCOTT RESOLUTION LIFE INSURANCE COMPANY,

　　　　　　Defendant.

No.: 3:24-cv-05472-JLR

**STIPULATED MOTION <u>AND ORDER</u> TO EXTEND TIME TO FILE ANSWER TO COMPLAINT**

NOTED ON THE MOTION CALENDAR: JUNE 26, 2024

## I.  MOTION

Pursuant to LCR 7(j) and 10(g), the parties stipulate to a brief extension of Defendant's deadline to file an Answer to the Complaint, from June 26, 2024 to July 1, 2024.  Due to unforeseen circumstances, Defendant needs the extra days to complete the pleading.

By /s/ *Pamela J. DeVet*
　Matthew J. Sekits, WSBA #26175
　E-mail: matthew.sekits@bullivant.com
　Pamela J. DeVet, WSBA #32882
　E-mail: pamela.devet@bullivant.com
　**Attorneys for Defendant Talcott Resolution Life Insurance Company**

By /s/ *Meredith A. Long*
　Meredith A. Long, WSBA #4896
　E-mail: meredith@longview-law.com
　**Attorney for Plaintiff Edward A. Castro, Jr.**

STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT
No.: 3:24-cv-05472-JLR

Page 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

## II.  ORDER

It is so ordered.

DATED this 26th day of June, 2024.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

4890-8233-6716.1

STIPULATED MOTION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT
No.: 3:24-cv-05472-JLR

Page 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930